IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re | * | |
| | * | |
| **Charles David Wallace &** | * | **Case No. 10-21874-RAG** |
| **Brenda Diane T. Wallace,** | | **(Chapter 7)** |
| Debtors. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTINGAPPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO
EMPLOY ATTORNEYS JOSEPH J. BELLINGER, ESQUIRE AND OFFIT KURMAN**

Upon consideration of the Application by Chapter 7 Trustee for Authority to Employ

Attorneys Joseph J. Bellinger, Esquire, and the law firm of Offit Kurman, P.A. (the "Application")

of Charles R. Goldstein, Chapter 7 trustee, and it appearing that the employment of Joseph J.

Bellinger and the law firm of Offit Kurman, P.A. as the Trustee's attorneys is in the best interest

of the bankruptcy estate, it is, by the United States Bankruptcy Court for the District of Maryland,

hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the Trustee is authorized to employ Joseph J. Bellinger, Esquire, and the law firm of Offit Kurman, P.A. his attorneys, with allowance and payment of all fees and expenses subject to further order of this Court.

cc:    Joseph J. Bellinger, Esquire
Offit Kurman, P.A.
8171 Maple Lawn Blvd. Ste. 200
Maple Lawn, Maryland 20759

Charles R. Goldstein, Chapter 7 Trustee
Protiviti Inc.
1 East Pratt Street, Ste. 800
Baltimore, Maryland 21202

Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201

Robert Grossbart, Esquire
Grossbart, Portney & Rosenberg
One North Charles Street
Suite 1214 Blaustein Building
Baltimore, Maryland 21201

**\*\* END OF ORDER \*\***