Entered: July 08, 2010
Signed: July 07, 2010
**SO ORDERED**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## <u>(Baltimore Division)</u>

| | | |
|---|---|---|
| **In re** | * | |
| | * | |
| **Charles David Wallace &** | | |
| **Brenda Diane T. Wallace,** | * | **Case No. 10-21874-RAG** |
| | | **(Chapter 7)** |
| Debtors. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTINGAPPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY ATTORNEYS JOSEPH J. BELLINGER, ESQUIRE AND OFFIT KURMAN

Upon consideration of the Application by Chapter 7 Trustee for Authority to Employ Attorneys Joseph J. Bellinger, Esquire, and the law firm of Offit Kurman, P.A. (the "Application") of Charles R. Goldstein, Chapter 7 trustee, and it appearing that the employment of Joseph J. Bellinger and the law firm of Offit Kurman, P.A. as the Trustee's attorneys is in the best interest of the bankruptcy estate, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the Trustee is authorized to employ Joseph J. Bellinger, Esquire, and the

law firm of Offit Kurman, P.A. his attorneys, with allowance and payment of all fees and expenses

subject to further order of this Court.


cc:    Joseph J. Bellinger, Esquire
       Offit Kurman, P.A.
       8171 Maple Lawn Blvd. Ste. 200
       Maple Lawn, Maryland 20759

       Charles R. Goldstein, Chapter 7 Trustee
       Protiviti Inc.
       1 East Pratt Street, Ste. 800
       Baltimore, Maryland 21202

       Office of the United States Trustee
       101 West Lombard Street, Suite 2625
       Baltimore, Maryland 21201

       Robert Grossbart, Esquire
       Grossbart, Portney & Rosenberg
       One North Charles Street
       Suite 1214 Blaustein Building
       Baltimore, Maryland 21201


**\*\* END OF ORDER \*\***

2